# In the United States Court of Federal Claims

**08-256**

**Filed: April 9, 2008**

**J.E. MCAMIS, INC. For itself and for the use and benefit of LUCAS MARINE CONSTRUCTION, INC.**

**v.**

**THE UNITED STATES**

**Plaintiff's Exhibits 1-3**
**filed with the**
**Complaint**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.