ORIGINAL

FILED
APR 9 2008
U.S. COURT OF
FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

******************************

**J.E. MCAMIS, INC., for itself and for the use and benefit of LUCAS MARINE CONSTRUCTION, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES ARMY CORPS OF ENGINEERS,**

**Defendant.**

**No.** 08-256 C

**Judge** ________________

******************************

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the United States Court of Federal Claims, Plaintiff J.E. McAmis, Inc., for the Use and Benefit of Lucas Marine Construction, Inc. ("McAmis") hereby files its disclosure statement and states:

1. McAmis is a nongovernmental corporate party in this action.

2. There is no parent corporation or corporation that owns 10% or more of McAmis' stock.

3. McAmis is not a publicly held corporation.

Respectfully submitted,

Dated: April 8, 2008

Joseph W. Lawrence, II
Florida Bar No. 211303
Vezina, Lawrence & Piscitelli, P.A.
The Museum Building
300 SW First Avenue Suite 150
Fort Lauderdale, Florida 33301
Telephone: (954) 728-1270
Facsimile: (954) 728-1271