IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| J.E. MCAMIS, INC.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 08-256<br>(Judge Wheeler) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rules 6.1 and 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant requests an enlargement of time of 60 days, to and including August 8, 2008, within which to respond to the complaint. Our response presently is due on June 9, 2008. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has been contacted and does not oppose this request for an enlargement of time.

Upon being assigned this matter, defendant's counsel promptly requested, pursuant to 28 U.S.C. § 520, that the appropriate agency provide him with a litigation report. The agency has informed defendant's counsel that it requires additional time to prepare and provide its litigation report. We anticipate that an additional 60 days will be required for the agency to prepare the report and for defendant's counsel to review the report, determine the most appropriate course of action and obtain the necessary internal review and approval of defendant's response to the complaint.

For the foregoing reasons, defendant respectfully requests

that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

s/ Robert E. Chandler
Robert E. Chandler
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 307-1011

Attorneys for Defendant

June 2, 2008

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of June 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Chandler