# In the United States Court of Federal Claims

No. 08-256C

(Filed: June 4, 2008)

```
**************************************** *
                                         *
J.E. MCAMIS, INC.,                       *
                                         *
                 Plaintiff,              *
                                         *
 v.                                      *
                                         *
THE UNITED STATES,                       *
                                         *
                 Defendant.              *
                                         *
**************************************** *
```

**ORDER**

On June 2, 2008, Defendant filed an Unopposed Motion for An Enlargement of Time requesting an additional sixty days within which to respond to Plaintiff's Complaint. For good cause shown, Defendant's motion is GRANTED IN PART. Defendant shall respond to Plaintiff's Complaint on or before July 7, 2008. Further enlargements are unlikely to be granted absent a showing of extraordinary circumstances.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge