**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

*****************************

**J.E. MCAMIS, INC., for itself and for the use and benefit of LUCAS MARINE CONSTRUCTION, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES ARMY CORPS OF ENGINEERS,**

**Defendant.**

**No. 08-256C**

**Judge Wheeler**

*****************************

**NOTICE OF DISMISSAL**

Plaintiff, J.E. McAmis, Inc., for itself and for the use and benefit of Lucas Marine Construction, Inc. ("Plaintiff"), by and through undersigned counsel, pursuant to the Rules of the United States Court of Federal Claims Rule 41 and the settlement between the parties, hereby voluntarily dismisses this action.

Dated this 11 day of July, 2008.

Respectfully submitted,

**/Joseph W. Lawrence, II**

Joseph W. Lawrence, II
Florida Bar No. 211303
E-mail: JLawrence@vlplaw.com
**Vezina, Lawrence & Piscitelli, P.A.**
The Museum Building
300 SW First Avenue, Suite 150
Fort Lauderdale, FL 33301
Telephone: (954) 728-1270
Facsimile: (954) 728-1271

Attorneys for J.E. McAmis, Inc., for itself and for the use and benefit of Lucas Marine Construction, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 11, 2008, I electronically filed this document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF:

Robert E. Chandler
Commercial Litigation Branch, Civil Division
United States Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

/**Joseph W. Lawrence, II_**
Joseph W. Lawrence, II